# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMES JENKINS, III
                    PETITIONER

    v.

Civil Action No.  3:23-cv-247

WARDEN
*Indiana State Prison*
                    RESPONDENT

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  The Petition for Writ of Habeas Corpus is DISMISSED. Petitioner, James Jenkins, III is
DENIED leave to proceed in forma pauperis on appeal.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Chief Judge Holly A. Brady on a Motion to Dismiss by Respondent, Warden.

DATE: 8/4/2023                    CHANDA J. BERTA, CLERK OF COURT


                    by   s/ S.Jarrell_____
                    *Signature of Clerk or Deputy Clerk*